IN THE UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GREGORY LEE MURPHY )
)
Plaintiff, )
)                          CIVIL ACTION FILE
VS.                    )                          NUMBER CV205-76
)                          (Underlying CR204-21-1)
UNITED STATES OF AMERICA )
)
Defendant. )

## ORDER

Plaintiff Murphy having come before the Court on a Motion to have a copy of his Presentence Report made available to his Court Appointed Counsel and the Court having reviewed the record and the Motion and having determined that good cause has been shown, it is hereby the ORDER of this Court that the Probation Department release to Plaintiff Murphy's Counsel a copy of his Presentence Report at the following address:

> Theodore H. Lackland, Esq.
> Lackland & Associates, LLC
> 230 Peachtree Street, NW
> Suite 1150
> Atlanta, Georgia 30303-1562

This 9th day of June 2005.

_____
*[signature: Joe E.]*

Prepared and Presented By

_____
*[signature: Theodore H. Lackland]*
Theodore H. Lackland
Georgia Bar No. 431055
Counsel for Plaintiff

230 Peachtree Street, NW
Suite 1150
Atlanta, Georgia 30303
Telephone: (404) 522-8155
Facsimile: (404) 522-7355
Email: *tlackland@e-lacklaw.com*

2