IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. C...
...NSWICK...

2005 AUG 23 P 2...

GREGORY LEE MURPHY, )
)
    Petitioner, ) CIVIL ACTION NO.: CV205-076
)
v. )
)
UNITED STATES OF AMERICA, ) (Case No.: CR204-21)
)
    Respondent. )

## ORDER

Petitioner's unopposed Motion for Copy of Rule 11 Hearing Transcript (Doc. 20/55) is hereby **GRANTED**. The Clerk is authorized and directed to provide a copy of said transcript to counsel for Petitioner at no charge.

**SO ORDERED**, this 23 day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

vs.     *     CASE NO. CV205-76/Cr204-21

GREGORY LEE MURPHY     *

    *

    *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/23/2005, which is part of the official records of this case.

Date of Mailing: 8/23/05
Date of Certificate: 8/23/05

SCOTT L. POFF, CLERK

By: _____
: NITA ROSE

NAME:
1. AMY LEE COPELAND
2. THEODORE H. LACKLAND
3. GREGORY LEE MURPHY  FCI JESUP  JESUP, GA. 31599
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds